AO 442 (Rev. 01/09) Arrest Warrant

10072451

# UNITED STATES DISTRICT COURT

### for the

United States of America
v.
BRENNEN HOLLOMAN

*Defendant*

)
)
)
)
)

Case: 1:23-mj-00312
Assigned to: Judge Meriweather, Robin M.
Assign Date: 11/14/2023
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   BRENNEN HOLLOMAN                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by
Imprisonment for a Term Exceeding One Year)

22 D.C. Code §§ 4503(a)(1), (b)(1) (Unlawful Possession of a Firearm by a Person Convicted of a Crime of Violence
Punishable by Imprisonment for a Term Exeeding One Year)

2023.11.14
09:06:24 -05'00'

Date:   11/14/2023

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/18/2023 , and the person was arrested on *(date)* 12/16/2023 at *(city and state)* Washington D.C. |
| Date: 12/18/23                                        *Arresting officer's signature* |
| Kenneth Keh  DUSM
*Printed name and title* |